**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BRIANNA HELEN TEROUX,

                Plaintiff,                22 **CIVIL** 3760 (PGG)(SN)

     -v-                             **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated January 23, 2023, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings to include an opportunity for a new hearing and for a new decision to be issued.

**Dated:**  New York, New York
          January 23, 2023

                                                             **RUBY J. KRAJICK**

                                                                    **Clerk of Court**

                          **BY:**     *K. Mango*

                                                                   **Deputy Clerk**